UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL CURTIS REYNOLDS,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN McGREW,<br><br>    Respondent. | CV 12-10523-MWF (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court accepts the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: April 11, 2013

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE